# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEODORE HAYES, *et al.*<br>*Plaintiffs* | : | CIVIL ACTION |
| | : | |
| | : | NO. 15-2617 |
| v. | : | |
| | : | |
| PHILIP E. HARVEY<br>*Defendant* | : | |

## SCHEDULING ORDER

**AND NOW**, this 9th day of July 2015, upon the completion of the initial pretrial conference and pursuant to the provisions of Federal Rule of Civil Procedure 16, it is hereby **ORDERED** that:

1. Prior to the completion of discovery, the parties may request a referral to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, to schedule a settlement conference. Counsel, the parties and/or persons with full settlement authority must appear at the conference unless excused in advance by Magistrate Judge Sitarski.

2. All fact discovery shall be completed by August 31, 2015.

3. Any dispositive motion shall be filed by September 14, 2015, and any response to the dispositive motions shall be filed by September 28, 2015.

Any failure to comply with this Order may result in sanctions.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.