# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEODORE HAYES, *et al.* *Plaintiffs* | : | CIVIL ACTION |
| | : | |
| | : | NO. 15-2617 |
| v. | : | |
| | : | |
| PHILIP E. HARVEY *Defendant* | : | |
| | : | |

## ORDER

**AND NOW**, this 27th day of August 2015, upon consideration of Plaintiffs' *motion to compel*, [ECF 14], it is hereby **ORDERED** that said motion is **GRANTED**, and Defendant Philip E. Harvey shall provide Plaintiffs' counsel the name of Defendant's daughter who Defendant claims he intends to move into 538B Pine Street and produce said daughter for a deposition within ten (10) days of the date of this Order.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.