# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEODORE HAYES, *et al.*<br>*Plaintiffs*<br><br>v.<br><br>PHILIP E. HARVEY<br>*Defendant* | : CIVIL ACTION<br>:<br>: NO. 15-2617<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 10th day of May 2016, upon consideration of Plaintiffs' *motion for summary judgment*, [ECF 16], Defendant's response to Plaintiffs' motion for summary judgment, [ECF 23], Defendant's *motion for summary judgment*, [ECF 17], and Plaintiffs' response to Defendant's motion for summary judgment, [ECF 22], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

(1) Plaintiffs' motion for summary judgment is **DENIED**;

(2) Defendant's motion for summary judgment is **GRANTED**; and

(3) Judgment is entered in favor of Defendant Philip E. Harvey and against Plaintiffs Theodore Hayes and Aqeela Fogle.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*