# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEODORE HAYES,** *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 15-2617 |
| **v.** | : | |
| | : | |
| **PHILIP E. HARVEY** | : | |
| *Defendant* | : | |

## TEMPORARY RESTRAINING ORDER

**AND NOW**, this 12th day of May 2021, at approximately 11:00 AM, upon consideration of Plaintiffs' *emergency motion for a temporary restraining order*, [ECF 76], which seeks to prevent Defendant or anyone on Defendant's behalf from re-renting the residential dwelling located at 540-B Pine Street, Philadelphia to anyone other than Plaintiffs, the complaint, [ECF 4], and supplemental complaint, [ECF 62], wherein Plaintiffs allege, *inter alia*, that they have a right to remain in their current home (538-B Pine Street, Philadelphia) under the Enhanced Voucher Statute, 42 U.S.C. § 1437f(t), despite Defendant's attempts to evict them, and the written certification by Plaintiffs' attorney regarding efforts to notify Defendant of this motion, this Court finds that:

   a. Plaintiffs have shown a reasonable probability of success on the merits of their claim to remain in their home under the Enhanced Voucher Statute;

   b. Plaintiffs will suffer substantial, immediate, and irreparable injury in the form of a loss of remedies under the Enhanced Voucher Statute unless the requested injunctive relief is granted;

   c. The grant of injunctive relief will not result in greater injury to Defendant; and

   d. The public interest favors the grant of injunctive relief.

Accordingly, unless later rescinded, it is hereby **ORDERED** that the motion for a temporary restraining order is **GRANTED**, as follows:

1. Defendant and/or his agent are enjoined from taking any action to re-rent 540-B Pine Street, Philadelphia, PA, to anyone other than Plaintiffs, pending the outcome of this civil action, which is currently scheduled for trial on June 7, 2021;

2. In accordance with Federal Rule of Civil Procedure 65(c), Plaintiffs shall post security in the amount of four thousand and three hundred dollars ($4,300) with the United States Clerk of Court for the Eastern District of Pennsylvania by May 14, 2021;

3. Defendant shall file and serve any response to Plaintiffs' motion for a preliminary injunction by no later than May 21, 2021; and

4. This Temporary Restraining Order shall expire on May 26, 2021, at 11:00 AM Eastern Standard Time, unless, before such time, Defendant consents to its extension for a longer period of time or the Court extends the duration of this Order for good cause shown or disposes of Plaintiffs' motion for a preliminary injunction.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*