**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THEODORE HAYES,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 15-2617** |
| **v.** | : | |
| | : | |
| **PHILIP E. HARVEY** | : | |
| *Defendant* | : | |

## ORDER

    **AND NOW,** this 7th day of June 2021, upon notification that the issues between Plaintiffs and Defendant have been settled, it is hereby **ORDERED** that all claims against said Defendant are **DISMISSED**, with prejudice, pursuant to the agreement of the parties. To conform with Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and mark this case **CLOSED**. It is further **ORDERED** that all outstanding motions are **DENIED** as **MOOT**.

                                                **BY THE COURT:**

                                          */s/ Nitza I. Quiñones Alejandro*
                                          **NITZA I. QUIÑONES ALEJANDRO**
                                          *Judge, United States District Court*